## RITTS *v*. HUMBOLDT CO.

No. 2730

May 4, 1927.                                    255 P. 1076.

APPEAL from the Sixth Judicial District Court, Humboldt County; *L. O. Hawkins,* Judge.

*Campbell & Robins* and *J. T. Dunn,* for Appellant.

*L. G. Wilson, Merwyn H. Brown* and *Thos. A. Brandon,* for Respondent.

*Per Curiam:*

The facts of this case are substantially the same as in the case of Cawley v. Pershing County, No. 2746 [supra], this day decided. Upon the authority of that case it is ordered that the judgment in favor of the defendant county be affirmed, and that the judgment in favor of the plaintiff, Ritts, be reversed.